**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: § Case No. 11-11901-PSH
 §
JOSEPH SMITH §
MARY ELLEN SMITH §
 §
 Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/22/2011. The undersigned trustee was appointed on 03/22/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $211,139.45

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $27,102.93 |
    | Bank service fees | $2,402.23 |
    | Other Payments to creditors | $172,922.38 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $8,711.91 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/08/2011 and the deadline for filing government claims was 08/08/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,806.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,466.96, for a total compensation of $3,466.96[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $56.02, for total expenses of $56.02.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/17/2013            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Date Filed (f) or Converted (c): | 03/22/2011 (f) |
| For the Period Ending: | 12/17/2013 | §341(a) Meeting Date: | 05/03/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1750 W. Thorndale Chicago, IL | $400,000.00 | $0.00 | | $0.00 | FA |
| 2 | 300 N. State #2706 Chicago, IL | $175,000.00 | $0.00 | | $211,139.40 | FA |
| 3 | 420 W. Belmont #27C Chicago, IL | $120,000.00 | $27,969.16 | | $0.00 | FA |
| 4 | 6030 N. Sheridan #807 Chicago, IL | $95,000.00 | $12,606.42 | | $0.00 | FA |
| 5 | Chase Checking | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Chase Checking | $3,000.00 | $0.00 | | $0.00 | FA |
| 7 | Chase Checking | $500.00 | $500.00 | | $0.00 | FA |
| 8 | USAA Checking | $50.00 | $50.00 | | $0.00 | FA |
| 9 | USAA Savings | $50.00 | $50.00 | | $0.00 | FA |
| 10 | Ordinary Household Goods and Furnishings | $1,500.00 | $1,000.00 | | $0.00 | FA |
| 11 | Ordinary Wearing Appearal | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 | Bright Start Program for the benefit of Chloe Smith (daughter) | $7,000.00 | $0.00 | | $0.00 | FA |
| 13 | Bright Start Program for the benefit of Charlotte Smith (daughter) | $3,000.00 | $0.00 | | $0.00 | FA |
| 14 | IRA | $90,000.00 | $0.00 | | $0.00 | FA |
| 15 | 401(k) | $25,000.00 | $0.00 | | $0.00 | FA |
| 16 | IRA | $35,000.00 | $0.00 | | $0.00 | FA |
| 17 | State of Illinois Tax Refund | $750.00 | $0.00 | | $0.00 | FA |
| 18 | 2002 Toyota Corolla | $5,000.00 | $200.00 | | $0.00 | FA |
| 19 | 2006 Mazda Tribute | $11,500.00 | $3,000.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $0.05 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| $973,450.00 | $45,475.58 | | $211,139.45 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| 05/11/2011 | We will sale multiple properties. Debtor to send in rent for April 2011 and May, 2011. Obtain BPO on all properties and sell. Follow up with DA regarding property packet. |
|---|---|
| 12/30/2011 | Collecting Rents on Real property. |
| 01/21/2013 | Motion to Employ Lois West |
| 01/21/2013 | FILE MOTION TO EMPLOY LOIS WEST |
| 05/10/2013 | Payment to Green Tree Servicing issued per Court order entered under Adv. Case NO. 13-00313 |
| 06/25/2013 | Lois West preparing estate's tax return. TFR to follow. |
| 11/21/2013 | Lois West preparing Tax return. Followed up with Accountant. |
| 11/26/2013 | Tax return received - |

**FORM 1**

Page No: 2

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Date Filed (f) or Converted (c): | 03/22/2011 (f) |
| For the Period Ending: | 12/17/2013 | §341(a) Meeting Date: | 05/03/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | 09/12/2013 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,400.05 | | $2,400.05 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.75 | $2,399.30 |
| 07/08/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $3,599.30 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.62 | $3,594.68 |
| 08/22/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $4,794.68 |
| 08/29/2011 | 5001 | Marina Towers Condominium Association | Assessments fees due for May 1, 2011 - September 2011. | 2690-460 | | $1,585.88 | $3,208.80 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $3,202.44 |
| 09/16/2011 | (2) | Julie E. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $4,402.44 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.77 | $4,394.67 |
| 10/05/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $5,594.67 |
| 10/06/2011 | 5002 | Marina Towers Condominium Association | Acct: 127000-001-002706-002-7 | 2690-460 | | $1,075.22 | $4,519.45 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.25 | $4,512.20 |
| 11/03/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $5,712.20 |
| 11/28/2011 | 5003 | Marina Towers Condominium Assn | Acct: 127000-001-002706-002-7 | 2690-460 | | $848.44 | $4,863.76 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.73 | $4,855.03 |
| 12/14/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $6,055.03 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.87 | $6,046.16 |
| 01/03/2012 | 5004 | Marina Towers Condominium Assn. | Assessment Fee | 2690-460 | | $372.46 | $5,673.70 |
| 01/09/2012 | (2) | Julie A. Mitchell | Rental income | 1122-000 | $1,200.00 | | $6,873.70 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.68 | $6,863.02 |
| 02/09/2012 | (2) | Julie A. Mitchell | Rental Income | 1122-000 | $1,200.00 | | $8,063.02 |
| 02/27/2012 | 5005 | Marina Towers Condominium Assn | Association Fees | 2690-460 | | $1,187.42 | $6,875.60 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.42 | $6,864.18 |
| 03/16/2012 | (2) | Julie A. Mitchell | Rent | 1122-000 | $1,200.00 | | $8,064.18 |
| 03/27/2012 | 5006 | Marina Towers Condominium Assn. | Assessment Dues. | 2690-460 | | $419.96 | $7,644.22 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.42 | $7,631.80 |
| 04/17/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | $1,200.00 | | $8,831.80 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.33 | $8,819.47 |
| 04/30/2012 | 5007 | Marina Towers Condominium Assn | Assessment Fees | 2690-460 | | $372.46 | $8,447.01 |
| 05/01/2012 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $9,647.01 |
| 05/29/2012 | 5008 | Marina Towers Condominium Association | Association fees | 2690-460 | | $660.46 | $8,986.55 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.43 | $8,971.12 |
| 06/12/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | $1,200.00 | | $10,171.12 |
| | | | | **SUBTOTALS** | $16,800.05 | $6,628.93 | |

| Case No. | 11-11901-PSH | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/27/2012 | 5009 | Marina Towers Condominium Assn | Assessment Fees | 2690-460 | | $357.46 | $9,813.66 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.60 | $9,798.06 |
| 07/13/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | $1,200.00 | | $10,998.06 |
| 07/24/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | ($1,200.00) | | $9,798.06 |
| 07/24/2012 | 5010 | Marina Towers Condominium Assn | Assessment Fees | 2690-460 | | $382.46 | $9,415.60 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.90 | $9,399.70 |
| 08/06/2012 | (2) | Julie A. Mitchell | July's rent per stop payment | 1122-000 | $1,200.00 | | $10,599.70 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.40 | $10,581.30 |
| 09/07/2012 | (2) | Julie A. Mitchell | Rent | 1122-000 | $520.00 | | $11,101.30 |
| 09/07/2012 | (2) | Julie A. Mitchell | Rent | 1122-000 | $680.00 | | $11,781.30 |
| 09/14/2012 | 5011 | Marina Towes Condominium Assn | Assessment Fees | 2690-460 | | $397.46 | $11,383.84 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.85 | $11,367.99 |
| 10/01/2012 | 5012 | Marina Towers Condominium Association | Payment to Condominium Association. | 2690-463 | | $798.46 | $10,569.53 |
| 10/01/2012 | 5012 | VOID: Marina Towers Condominium Association | Void Check. | 2690-463 | | ($798.46) | $11,367.99 |
| 10/11/2012 | | Chicago Title and Trust Co. | Incoming wire RE: Sale of property | * | $172,922.38 | | $184,290.37 |
| | {2} | | $191,939.40 | 1122-000 | | | $184,290.37 |
| | | | Comission paid to Oracle Realty LLC and Alto Realty $(10,873.00) | 3510-000 | | | $184,290.37 |
| | | | Other charges (title Charges) $(188.00) | 2500-000 | | | $184,290.37 |
| | | | Transfer Taxes $(861.75) | 2820-000 | | | $184,290.37 |
| | | | Condo Association to Marina Towers Fee $(848.46) | 2690-460 | | | $184,290.37 |
| | | | David Weininger's Fee $(1,369.50) | 3210-000 | | | $184,290.37 |
| | | | Earnest Money $(1,000.00) | 2500-000 | | | $184,290.37 |
| | | | Seller credit for owners policy $(1,350.00) | 2500-000 | | | $184,290.37 |
| | | | County Taxes $(2,526.31) | 2820-000 | | | $184,290.37 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $216.36 | $184,074.01 |
| 11/06/2012 | | Green Bank | Fee for incoming wire - Done on 10/10/2012. | 2600-000 | | $10.00 | $184,064.01 |
| 11/06/2012 | | VOID: Green Bank | Bank reversed incoming wire fee on 11/1/2012 | 2600-003 | | ($10.00) | $184,074.01 |
| 11/06/2012 | | Green Bank | Outgoing transfer fee charged to wrong case. 11/01/2012. | 2600-000 | | $15.00 | $184,059.01 |
| 11/06/2012 | | VOID: Green Bank | Bank reversed Outgoing transfer fee charged to wrong case. 11/01/2012. | 2600-003 | | ($15.00) | $184,074.01 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $306.62 | $183,767.39 |

**SUBTOTALS**  $175,322.38  $1,726.11

Page No: 3
Case 11-11901 Doc 67 Filed 02/03/14 Entered 02/03/14 15:12:59 Desc Main
Document Page 7 of 17
Exhibit B
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $277.41 | $183,489.98 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $296.09 | $183,193.89 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $267.01 | $182,926.88 |
| 03/08/2013 | 5013 | International Sureties, Ltd | Bond Payment | 2300-000 | | $31.23 | $182,895.65 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $295.16 | $182,600.49 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $285.15 | $182,315.34 |
| 05/10/2013 | 5014 | Green Tree Servicing LLC as authorized servicer for | Pursuant to Court order entered under Adv. Case No. 13-00313. | 4110-000 | | $172,922.38 | $9,392.96 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $214.16 | $9,178.80 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.37 | $9,165.43 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.79 | $9,150.64 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.71 | $9,134.93 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.31 | $9,121.62 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.71 | $9,106.91 |
| 12/04/2013 | 5015 | Illinois Department of Revenue | Estate's balance due RE: 2012 Tax Return | 2820-000 | | $395.00 | $8,711.91 |
| | | | **TOTALS:** | | $192,122.43 | $183,410.52 | $8,711.91 |
| | | | Less: Bank transfers/CDs | | $2,400.05 | $0.00 | |
| | | | Subtotal | | $189,722.38 | $183,410.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $189,722.38 | $183,410.52 | |

| For the period of 3/22/2011 to 12/17/2013 | | For the entire history of the account between 06/29/2011 to 12/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $208,739.40 | Total Compensable Receipts: | $208,739.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $208,739.40 | Total Comp/Non Comp Receipts: | $208,739.40 |
| Total Internal/Transfer Receipts: | $2,400.05 | Total Internal/Transfer Receipts: | $2,400.05 |
| | | | |
| Total Compensable Disbursements: | $202,427.54 | Total Compensable Disbursements: | $202,427.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $202,427.54 | Total Comp/Non Comp Disbursements: | $202,427.54 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5169 | Money Market Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $1,200.00 |
| 06/15/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $2,400.00 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.05 | | $2,400.05 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,400.05 | $0.00 |
| | | | **TOTALS:** | | $2,400.05 | $2,400.05 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,400.05 | |
| | | | **Subtotal** | | $2,400.05 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,400.05 | $0.00 | |

| For the period of 3/22/2011 to 12/17/2013 | | For the entire history of the account between 06/02/2011 to 12/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,400.05 | Total Compensable Receipts: | $2,400.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.05 | Total Comp/Non Comp Receipts: | $2,400.05 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,400.05 | Total Internal/Transfer Disbursements: | $2,400.05 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5169 | Money Market Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $192,122.43 | $183,410.52 | $8,711.91 |

| For the period of 3/22/2011 to 12/17/2013 | | For the entire history of the case between 03/22/2011 to 12/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $211,139.45 | Total Compensable Receipts: | $211,139.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $211,139.45 | Total Comp/Non Comp Receipts: | $211,139.45 |
| Total Internal/Transfer Receipts: | $2,400.05 | Total Internal/Transfer Receipts: | $2,400.05 |
| Total Compensable Disbursements: | $202,427.54 | Total Compensable Disbursements: | $202,427.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $202,427.54 | Total Comp/Non Comp Disbursements: | $202,427.54 |
| Total Internal/Transfer Disbursements: | $2,400.05 | Total Internal/Transfer Disbursements: | $2,400.05 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT                                   Page No: 1
                                                        Exhibit C

| Case No.: | 11-11901-PSH | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | | | | | | | Date: 12/17/2013 |
| Claims Bar Date: | 08/08/2011 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LOIS WEST<br><br>35 E. Wacker Drive #1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |

**Claim Notes:** Adversary filing fee.

| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $18,470.00 | $0.00 | $0.00 | $0.00 | $18,470.00 |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $67.78 | $0.00 | $0.00 | $0.00 | $67.78 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $13,806.97 | $0.00 | $0.00 | $0.00 | $13,806.97 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $223.10 | $0.00 | $0.00 | $0.00 | $223.10 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,081.75 | $0.00 | $0.00 | $0.00 | $6,081.75 |

# CLAIM ANALYSIS REPORT

| Case No.: | 11-11901-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | | | | | | | | Date: 12/17/2013 |
| Claims Bar Date: | 08/08/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2a | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $7,760.17 | $0.00 | $0.00 | $0.00 | $7,760.17 |
| 2A | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Amended | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2B | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $77.22 | $0.00 | $0.00 | $0.00 | $77.22 |
| 3 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,358.11 | $0.00 | $0.00 | $0.00 | $7,358.11 |
| 4 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,534.72 | $0.00 | $0.00 | $0.00 | $6,534.72 |
| 5 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,780.60 | $0.00 | $0.00 | $0.00 | $2,780.60 |
| 6 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,930.56 | $0.00 | $0.00 | $0.00 | $17,930.56 |

| Case No. | 11-11901-PSH | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | | | | | | | Date: | 12/17/2013 |
| Claims Bar Date: | 08/08/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,425.59 | $0.00 | $0.00 | $0.00 | $5,425.59 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City OK 73124-8839 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,077.36 | $0.00 | $0.00 | $0.00 | $7,077.36 |
| 9 | U.S. BANK N.A.<br><br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati OH 45201 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,879.12 | $0.00 | $0.00 | $0.00 | $1,879.12 |

**Claim Notes:** (9-1) money loaned

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,751.18 | $0.00 | $0.00 | $0.00 | $17,751.18 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 73124-8809 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,002.67 | $0.00 | $0.00 | $0.00 | $5,002.67 |
| 12 | GREEN TREE SERVICING LLC AS AUTHORIZED SERVICER FOR FANNIE MAE<br><br>Perl Mortgage Inc<br>PO Box 6154<br>Rapid City SD 57709 | Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $172,922.38 | $172,922.38 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Pursuant to Court Order entered under Adv. Case No. 13-00313

**CLAIM ANALYSIS REPORT**

Page No: 4
Exhibit C

| Case No. | 11-11901-PSH | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | | | | | | | Date: | 12/17/2013 |
| Claims Bar Date: | 08/08/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12A | GREEN TREE SERVICING LLC AS AUTHORIZED SERVICER FOR FANNIE MAE  Perl Mortgage Inc  PO Box 6154  Rapid City SD 57709 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,310.20 | $0.00 | $0.00 | $0.00 | $7,310.20 |

**Claim Notes:** To be allowed per court order entered under adv. case No. 13-00313.

| | | | | $299,712.48 | $172,922.38 | $0.00 | $0.00 | $126,790.10 |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **Case No.** 11-11901-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** SMITH, JOSEPH AND SMITH, MARY ELLEN | **Date:** 12/17/2013 |
| **Claims Bar Date:** 08/08/2011 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $960.00 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $67.78 | $67.78 | $0.00 | $0.00 | $0.00 | $67.78 |
| Attorney for Trustee Fees (Trustee Firm) | $18,470.00 | $18,470.00 | $0.00 | $0.00 | $0.00 | $18,470.00 |
| Claims of Governmental Units | $7,760.17 | $7,760.17 | $0.00 | $0.00 | $0.00 | $7,760.17 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $85,209.08 | $85,209.08 | $0.00 | $0.00 | $0.00 | $85,209.08 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $172,922.38 | $172,922.38 | $172,922.38 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $13,806.97 | $13,806.97 | $0.00 | $0.00 | $0.00 | $13,806.97 |
| Trustee Expenses | $223.10 | $223.10 | $0.00 | $0.00 | $0.00 | $223.10 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      11-11901-PSH
Case Name:     JOSEPH SMITH
               MARY ELLEN SMITH
Trustee Name:  David P. Leibowitz

Balance on hand:     $8,711.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 12 | Green Tree Servicing LLC as authorized servicer for Fannie Mae | $172,922.38 | $172,922.38 | $172,922.38 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $8,711.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $13,806.97 | $0.00 | $3,466.96 |
| David P. Leibowitz, Trustee Expenses | $223.10 | $0.00 | $56.02 |
| Lakelaw, Attorney for Trustee Fees | $18,470.00 | $0.00 | $4,637.85 |
| Lakelaw, Attorney for Trustee Expenses | $67.78 | $0.00 | $17.02 |
| Lois West, Accountant for Trustee Fees | $960.00 | $0.00 | $241.06 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses:     $8,711.91
Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,760.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | Department of the Treasury | $7,760.17 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $85,209.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,081.75 | $0.00 | $0.00 |
| 2 | Department of the Treasury | $0.00 | $0.00 | $0.00 |
| 2B | Department of the Treasury | $77.22 | $0.00 | $0.00 |
| 3 | Chase Bank USA, N.A. | $7,358.11 | $0.00 | $0.00 |
| 4 | Chase Bank USA, N.A. | $6,534.72 | $0.00 | $0.00 |
| 5 | Chase Bank USA, N.A. | $2,780.60 | $0.00 | $0.00 |
| 6 | Chase Bank USA, N.A. | $17,930.56 | $0.00 | $0.00 |
| 7 | Chase Bank USA, N.A. | $5,425.59 | $0.00 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | $7,077.36 | $0.00 | $0.00 |
| 9 | U.S. Bank N.A. | $1,879.12 | $0.00 | $0.00 |
| 10 | American InfoSource LP as agent for | $17,751.18 | $0.00 | $0.00 |
| 11 | FIA Card Services, NA/Bank of America | $5,002.67 | $0.00 | $0.00 |
| 12A | Green Tree Servicing LLC as authorized | $7,310.20 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| | servicer for Fannie Mae | | | |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |