**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-11901-PSH |
| | § | |
| JOSEPH SMITH | § | |
| MARY ELLEN SMITH | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/27/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/04/2014           By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-11901-PSH |
| | § | |
| JOSEPH SMITH | § | |
| MARY ELLEN SMITH | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $211,139.45
*and approved disbursements of* $202,427.54
*leaving a balance on hand of[1]:* $8,711.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 12 | Green Tree Servicing LLC as authorized servicer for Fannie Mae | $172,922.38 | $172,922.38 | $172,922.38 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $8,711.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $13,806.97 | $0.00 | $3,466.96 |
| David P. Leibowitz, Trustee Expenses | $223.10 | $0.00 | $56.02 |
| Lakelaw, Attorney for Trustee Fees | $18,470.00 | $0.00 | $4,637.85 |
| Lakelaw, Attorney for Trustee Expenses | $67.78 | $0.00 | $17.02 |
| Lois West, Accountant for Trustee Fees | $960.00 | $0.00 | $241.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: $8,711.91
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,760.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2a | Department of the Treasury | $7,760.17 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $85,209.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $6,081.75 | $0.00 | $0.00 |
| 2 | Department of the Treasury | $0.00 | $0.00 | $0.00 |
| 2B | Department of the Treasury | $77.22 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | $7,358.11 | $0.00 | $0.00 |
| 4 | Chase Bank USA, N.A. | $6,534.72 | $0.00 | $0.00 |
| 5 | Chase Bank USA, N.A. | $2,780.60 | $0.00 | $0.00 |
| 6 | Chase Bank USA, N.A. | $17,930.56 | $0.00 | $0.00 |
| 7 | Chase Bank USA, N.A. | $5,425.59 | $0.00 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | $7,077.36 | $0.00 | $0.00 |
| 9 | U.S. Bank N.A. | $1,879.12 | $0.00 | $0.00 |
| 10 | American InfoSource LP as agent for | $17,751.18 | $0.00 | $0.00 |
| 11 | FIA Card Services, NA/Bank of America | $5,002.67 | $0.00 | $0.00 |
| 12A | Green Tree Servicing LLC as authorized servicer for Fannie Mae | $7,310.20 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:   $0.00
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-11901-PSH
Joseph Smith                                                             Chapter 7
Mary Ellen Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: vrowe                 Page 1 of 2                    Date Rcvd: Feb 05, 2014
                               Form ID: pdf006             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2014.
```
db         #+Joseph Smith,    5647 N. Clark St. #203,    Chicago, IL 60660-4155
jdb        #+Mary Ellen Smith,    5647 N. Clark St. #203,    Chicago, IL 60660-4155
16996323   #+Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
16996324    +Bel-Harbour Condominiums,    420 W. Belmont Ave,    Chicago, IL 60657-4748
16996325    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
20311622  +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
             Charlotte, NC  28272-1083
16996326    +Chase Bank,    PO Box 15298,    Wilmington, DE 19886-5298
16996327    +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
17355329     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16996331    +Citi Cards CBSDNA,    PO Box 6500,    Sioux Falls, SD 57117-6500
16996332    +Citi Cards/CitiBank,    PO Box 6500,    Sioux Falls, SD 57117-6500
16996333    +Citi Mortgage,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
16996335    +GMAC,    P.O. Box 4622,    Waterloo, IA 50704-4622
20261383  +++Green Tree Servicing LLC as authorized servicer,    for Fannie Mae,    Perl Mortgage Inc,
             PO BOX 6154,    Rapid City, SD 57709-6154
16996337    +Marina Towers Condominium Assn,    300 North State Street,    Chicago, IL 60654-3070
16996339    +PNC Mortgage,    6 N. Main St,    Dayton, OH 45402-1908
16996338    +Patrick Daly,    921 Cleveland Ave.,    Park Ridge, IL 60068-4953
16996341    +Sixty-Thirty N. Sheridan Condo Assn,    c/o Lieberman MAnagement Svcs,    PO Box 5723,
             Carol Stream, IL 60197-5723
17442159   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
             Cincinnati, OH 45201)
16996343    +USAA Federal Savings Bank,    P.O. Box 33009,    San Antonio, TX 78265-3009
16996344    +USAA Savings Bank,    P.O. Box 33009,    San Antonio, TX 78265-3009
16996346    +Wells Fargo,    P.O. Box 31557,    Billings, MT 59107-1557
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542765      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2014 01:09:00
              American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
17360252      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2014 00:55:45     Capital One Bank (USA), N.A.,
              by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
16996334      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 06 2014 10:31:30     Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
16996336      E-mail/Text: cio.bncmail@irs.gov Feb 06 2014 00:51:23     Department of the Treasury,
              Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
17260617      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 06 2014 10:31:30     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17643821      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2014 00:55:45
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
20261382      E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 06 2014 00:51:28     Green Tree Servicing LLC,
              PO BOX 6154,    Rapid City, SD 57709
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          David A. Weininger
aty          Lakelaw
16996328*    +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
16996329*    +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
16996330*    +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
16996340*    +PNC Mortgage,    6 N. Main St.,    Dayton, OH 45402-1908
16996342*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 108,    Saint Louis, MO 63166)
16996345*    +USAA Savings Bank,    P.O. Box 33009,    San Antonio, TX 78265-3009
                                                                                         TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: vrowe               Page 2 of 2               Date Rcvd: Feb 05, 2014
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2014                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2014 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    PNC Bank, N.A. northerndistrict@atty-pierce.com,
               cbrown@atty-pierce.com
              Dana N O'Brien    on behalf of Defendant    Green Tree Servicing LLC dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Defendant    GMAC Mortgage, LLC dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David P Leibowitz, ESQ    on behalf of Accountant    Popowcer Katten Ltd dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David P Leibowitz    Trustee dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Edric S Bautista    on behalf of Creditor    Sixty Thirty Condominium Association
               ebautista@sanchezdh.com
              Heather M Giannino    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association, successor by merger to National City Mortgage a division of National City Bank
               bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Jonathan T Brand    on behalf of Trustee David P Leibowitz, ESQ jbrand@lakelaw.com,
               ECF@lakelaw.com
              Kiley M Whitty    on behalf of Debtor Joseph  Smith whitty@aandalaw.com
              Kiley M Whitty    on behalf of Joint Debtor Mary Ellen  Smith whitty@aandalaw.com
              Lydia Y Siu    on behalf of Creditor    PNC Bank, N.A. lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Lydia Y Siu    on behalf of Creditor    GMAC Mortgage, LLC lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Michelle G Novick    on behalf of Creditor    Bel Harbour Condominium Association
               mgnovick@arnstein.com,  lcsolomon@arnstein.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor    CitiMortgage, Inc. dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 17
```