**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-11901-PSH |
|---|---|---|
| | § | |
| JOSEPH SMITH | § | |
| MARY ELLEN SMITH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $624,900.00 | Assets Exempt: | $173,800.00 |
| Total Distributions to Claimants: | $172,922.38 | Claims Discharged Without Payment: | $141,309.25 |
| Total Expenses of Administration: | $38,217.07 | | |

    3) Total gross receipts of $211,139.45 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $211,139.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $974,448.42 | $172,922.38 | $172,922.38 | $172,922.38 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $63,326.01 | $63,326.01 | $38,217.07 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $15,400.00 | $7,760.17 | $7,760.17 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $123,299.00 | $85,209.08 | $85,209.08 | $0.00 |
| **Total Disbursements** | $1,113,147.42 | $329,217.64 | $329,217.64 | $211,139.45 |

4). This case was originally filed under chapter 7 on 03/22/2011. The case was pending for 46 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2015        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 300 N. State #2706 Chicago, IL | 1122-000 | $211,139.40 |
| Interest Asset | 1270-000 | $0.05 |
| **TOTAL GROSS RECEIPTS** | | **$211,139.45** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Green Tree Servicing LLC as authorized servicer for Fannie Mae | 4110-000 | $0.00 | $172,922.38 | $172,922.38 | $172,922.38 |
| | Bel-Harbour Condominiums | 4110-000 | $405.84 | $0.00 | $0.00 | $0.00 |
| | Citi Mortgage | 4110-000 | $77,116.00 | $0.00 | $0.00 | $0.00 |
| | GMAC | 4110-000 | $185,000.00 | $0.00 | $0.00 | $0.00 |
| | Marina Towers Condominium Assn | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PNC Mortgage | 4110-000 | $502,824.00 | $0.00 | $0.00 | $0.00 |
| | PNC Mortgage | 4110-000 | $91,625.00 | $0.00 | $0.00 | $0.00 |
| | Sixty-Thirty N. Sheridan Condo Assn | 4110-000 | $5,277.58 | $0.00 | $0.00 | $0.00 |
| | USAA Federal Savings Bank | 4110-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $107,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$974,448.42** | **$172,922.38** | **$172,922.38** | **$172,922.38** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $13,806.97 | $13,806.97 | $3,466.96 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $223.10 | $223.10 | $56.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, Ltd | 2300-000 | NA | $31.23 | $31.23 | $31.23 |
| Earnest Money | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Other charges (title Charges) | 2500-000 | NA | $188.00 | $188.00 | $188.00 |
| Seller credit for owners policy | 2500-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| Green Bank | 2600-000 | NA | $2,402.23 | $2,402.23 | $2,402.23 |
| Condo Association to Marina Towers Fee | 2690-460 | NA | $848.46 | $848.46 | $848.46 |
| Marina Towers Condominium Assn | 2690-460 | NA | $3,148.24 | $3,148.24 | $3,148.24 |
| Marina Towers Condominium Assn. | 2690-460 | NA | $792.42 | $792.42 | $792.42 |
| Marina Towers Condominium Association | 2690-460 | NA | $3,321.56 | $3,321.56 | $3,321.56 |
| Marina Towes Condominium Assn | 2690-460 | NA | $397.46 | $397.46 | $397.46 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| County Taxes | 2820-000 | NA | $2,526.31 | $2,526.31 | $2,526.31 |
| Illinois Department of Revenue | 2820-000 | NA | $395.00 | $395.00 | $395.00 |
| Transfer Taxes | 2820-000 | NA | $861.75 | $861.75 | $861.75 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $18,470.00 | $18,470.00 | $4,637.85 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $67.78 | $67.78 | $17.02 |
| David Weininger's Fee, Attorney for Trustee | 3210-000 | NA | $1,369.50 | $1,369.50 | $1,369.50 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $960.00 | $960.00 | $241.06 |
| Comission paid to Oracle Realty LLC and Alto Realty, Realtor for Trustee | 3510-000 | NA | $10,873.00 | $10,873.00 | $10,873.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $63,326.01 | $63,326.01 | $38,217.07 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2a | Department of the Treasury | 5800-000 | $7,700.00 | $7,760.17 | $7,760.17 | $0.00 |
| 2A | Department of the Treasury | 5800-000 | $7,700.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,400.00 | $7,760.17 | $7,760.17 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $5,436.00 | $6,081.75 | $6,081.75 | $0.00 |
| 2 | Department of the Treasury | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2B | Department of the Treasury | 7100-000 | $0.00 | $77.22 | $77.22 | $0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $6,166.00 | $7,358.11 | $7,358.11 | $0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $6,908.00 | $6,534.72 | $6,534.72 | $0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $2,827.00 | $2,780.60 | $2,780.60 | $0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $17,997.00 | $17,930.56 | $17,930.56 | $0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $5,270.00 | $5,425.59 | $5,425.59 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $6,287.00 | $7,077.36 | $7,077.36 | $0.00 |
| 9 | U.S. Bank N.A. | 7100-000 | $1,769.00 | $1,879.12 | $1,879.12 | $0.00 |
| 10 | American InfoSource LP as agent for | 7100-000 | $17,755.00 | $17,751.18 | $17,751.18 | $0.00 |
| 11 | FIA Card Services, NA/Bank of America | 7100-000 | $4,544.00 | $5,002.67 | $5,002.67 | $0.00 |
| 12A | Green Tree Servicing LLC as authorized servicer for Fannie Mae | 7100-000 | $0.00 | $7,310.20 | $7,310.20 | $0.00 |
| | Citi Cards/CitiBank | 7100-000 | $9,310.00 | $0.00 | $0.00 | $0.00 |
| | USAA Savings Bank | 7100-000 | $20,577.00 | $0.00 | $0.00 | $0.00 |
| | USAA Savings Bank | 7100-000 | $18,453.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $123,299.00 | $85,209.08 | $85,209.08 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Date Filed (f) or Converted (c): | 03/22/2011 (f) |
| For the Period Ending: | 1/30/2015 | §341(a) Meeting Date: | 05/03/2011 |
| | | Claims Bar Date: | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1750 W. Thorndale Chicago, IL | $400,000.00 | $0.00 | | $0.00 | FA |
| 2 | 300 N. State #2706 Chicago, IL | $175,000.00 | $0.00 | | $211,139.40 | FA |
| 3 | 420 W. Belmont #27C Chicago, IL | $120,000.00 | $27,969.16 | | $0.00 | FA |
| 4 | 6030 N. Sheridan #807 Chicago, IL | $95,000.00 | $12,606.42 | | $0.00 | FA |
| 5 | Chase Checking | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Chase Checking | $3,000.00 | $0.00 | | $0.00 | FA |
| 7 | Chase Checking | $500.00 | $500.00 | | $0.00 | FA |
| 8 | USAA Checking | $50.00 | $50.00 | | $0.00 | FA |
| 9 | USAA Savings | $50.00 | $50.00 | | $0.00 | FA |
| 10 | Ordinary Household Goods and Furnishings | $1,500.00 | $1,000.00 | | $0.00 | FA |
| 11 | Ordinary Wearing Appeareal | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 | Bright Start Program for the benefit of Chloe Smith (daughter) | $7,000.00 | $0.00 | | $0.00 | FA |
| 13 | Bright Start Program for the benefit of Charlotte Smith (daughter) | $3,000.00 | $0.00 | | $0.00 | FA |
| 14 | IRA | $90,000.00 | $0.00 | | $0.00 | FA |
| 15 | 401(k) | $25,000.00 | $0.00 | | $0.00 | FA |
| 16 | IRA | $35,000.00 | $0.00 | | $0.00 | FA |
| 17 | State of Illinois Tax Refund | $750.00 | $0.00 | | $0.00 | FA |
| 18 | 2002 Toyota Corolla | $5,000.00 | $200.00 | | $0.00 | FA |
| 19 | 2006 Mazda Tribute | $11,500.00 | $3,000.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $0.05 | FA |

**TOTALS (Excluding unknown value)**                    **Gross Value of Remaining Assets**

$973,450.00      $45,475.58      $211,139.45      $0.00

**Major Activities affecting case closing:**

| 11/26/2013 | Tax return received - |
|---|---|
| 11/21/2013 | Lois West preparing Tax return. Followed up with Accountant. |
| 06/25/2013 | Lois West preparing estate's tax return. |
| | TFR to follow. |
| 05/10/2013 | Payment to Green Tree Servicing issued per Court order entered under Adv. Case NO. 13-00313 |
| 01/21/2013 | Motion to Employ Lois West |
| 01/21/2013 | FILE MOTION TO EMPLOY LOIS WEST |
| 12/30/2011 | Collecting Rents on Real property. |
| 05/11/2011 | We will sale multiple properties. Debtor to send in rent for April 2011 and May, 2011. Obtain BPO on all properties and sell. Follow up with DA regarding property packet. |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-11901-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SMITH, JOSEPH AND SMITH, MARY ELLEN | | **Date Filed (f) or Converted (c):** | 03/22/2011 (f) |
| **For the Period Ending:** | 1/30/2015 | | **§341(a) Meeting Date:** | 05/03/2011 |
| | | | **Claims Bar Date:** | 08/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | 09/12/2013 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,400.05 | | $2,400.05 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.75 | $2,399.30 |
| 07/08/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $3,599.30 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.62 | $3,594.68 |
| 08/22/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $4,794.68 |
| 08/29/2011 | 5001 | Marina Towers Condominium Association | Assessments fees due for May 1, 2011 - September 2011. | 2690-460 | | $1,585.88 | $3,208.80 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.36 | $3,202.44 |
| 09/16/2011 | (2) | Julie E. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $4,402.44 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.77 | $4,394.67 |
| 10/05/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $5,594.67 |
| 10/06/2011 | 5002 | Marina Towers Condominium Association | Acct: 127000-001-002706-002-7 | 2690-460 | | $1,075.22 | $4,519.45 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.25 | $4,512.20 |
| 11/03/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $5,712.20 |
| 11/28/2011 | 5003 | Marina Towers Condominium Assn | Acct: 127000-001-002706-002-7 | 2690-460 | | $848.44 | $4,863.76 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.73 | $4,855.03 |
| 12/14/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $6,055.03 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.87 | $6,046.16 |
| 01/03/2012 | 5004 | Marina Towers Condominium Assn. | Assessment Fee | 2690-460 | | $372.46 | $5,673.70 |
| 01/09/2012 | (2) | Julie A. Mitchell | Rental income | 1122-000 | $1,200.00 | | $6,873.70 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.68 | $6,863.02 |
| 02/09/2012 | (2) | Julie A. Mitchell | Rental Income | 1122-000 | $1,200.00 | | $8,063.02 |
| 02/27/2012 | 5005 | Marina Towers Condominium Assn | Association Fees | 2690-460 | | $1,187.42 | $6,875.60 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.42 | $6,864.18 |
| 03/16/2012 | (2) | Julie A. Mitchell | Rent | 1122-000 | $1,200.00 | | $8,064.18 |
| 03/27/2012 | 5006 | Marina Towers Condominium Assn. | Assessment Dues. | 2690-460 | | $419.96 | $7,644.22 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.42 | $7,631.80 |
| 04/17/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | $1,200.00 | | $8,831.80 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.33 | $8,819.47 |
| 04/30/2012 | 5007 | Marina Towers Condominium Assn | Assessment Fees | 2690-460 | | $372.46 | $8,447.01 |
| 05/01/2012 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $9,647.01 |
| 05/29/2012 | 5008 | Marina Towers Condominium Association | Association fees | 2690-460 | | $660.46 | $8,986.55 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.43 | $8,971.12 |
| 06/12/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | $1,200.00 | | $10,171.12 |
| | | | | **SUBTOTALS** | $16,800.05 | $6,628.93 | |

Case 11-11901   Doc 77   Filed 03/03/15   Entered 03/03/15 11:55:14   Desc Main
Document      Page 10 of 14

**FORM 2**

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/27/2012 | 5009 | Marina Towers Condominium Assn | Assessment Fees | 2690-460 | | $357.46 | $9,813.66 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.60 | $9,798.06 |
| 07/13/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | $1,200.00 | | $10,998.06 |
| 07/24/2012 | (2) | Julie A. Mitchell | Rent Payment. | 1122-000 | ($1,200.00) | | $9,798.06 |
| 07/24/2012 | 5010 | Marina Towers Condominium Assn | Assessment Fees | 2690-460 | | $382.46 | $9,415.60 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.90 | $9,399.70 |
| 08/06/2012 | (2) | Julie A. Mitchell | July's rent per stop payment | 1122-000 | $1,200.00 | | $10,599.70 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.40 | $10,581.30 |
| 09/07/2012 | (2) | Julie A. Mitchell | Rent | 1122-000 | $520.00 | | $11,101.30 |
| 09/07/2012 | (2) | Julie A. Mitchell | Rent | 1122-000 | $680.00 | | $11,781.30 |
| 09/14/2012 | 5011 | Marina Towes Condominium Assn | Assessment Fees | 2690-460 | | $397.46 | $11,383.84 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.85 | $11,367.99 |
| 10/01/2012 | 5012 | Marina Towers Condominium Association | Payment to Condominium Association. | 2690-463 | | $798.46 | $10,569.53 |
| 10/01/2012 | 5012 | VOID: Marina Towers Condominium Association | Void Check. | 2690-463 | | ($798.46) | $11,367.99 |
| 10/11/2012 | | Chicago Title and Trust Co. | Incoming wire RE: Sale of property | * | $172,922.38 | | $184,290.37 |
| | {2} | | $191,939.40 | 1122-000 | | | $184,290.37 |
| | | | Comission paid to Oracle Realty LLC and Alto Realty $(10,873.00) | 3510-000 | | | $184,290.37 |
| | | | Other charges (title Charges) $(188.00) | 2500-000 | | | $184,290.37 |
| | | | Transfer Taxes $(861.75) | 2820-000 | | | $184,290.37 |
| | | | Condo Association to Marina Towers Fee $(848.46) | 2690-460 | | | $184,290.37 |
| | | | David Weininger's Fee $(1,369.50) | 3210-000 | | | $184,290.37 |
| | | | Earnest Money $(1,000.00) | 2500-000 | | | $184,290.37 |
| | | | Seller credit for owners policy $(1,350.00) | 2500-000 | | | $184,290.37 |
| | | | County Taxes $(2,526.31) | 2820-000 | | | $184,290.37 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $216.36 | $184,074.01 |
| 11/06/2012 | | Green Bank | Fee for incoming wire - Done on 10/10/2012. | 2600-000 | | $10.00 | $184,064.01 |
| 11/06/2012 | | VOID: Green Bank | Bank reversed incoming wire fee on 11/1/2012 | 2600-003 | | ($10.00) | $184,074.01 |
| 11/06/2012 | | Green Bank | Outgoing transfer fee charged to wrong case. 11/01/2012. | 2600-000 | | $15.00 | $184,059.01 |
| 11/06/2012 | | VOID: Green Bank | Bank reversed Outgoing transfer fee charged to wrong case. 11/01/2012. | 2600-003 | | ($15.00) | $184,074.01 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $306.62 | $183,767.39 |
| | | | **SUBTOTALS** | | $175,322.38 | $1,726.11 | |

Case 11-11901   Doc 77   Filed 03/03/15   Entered 03/03/15 11:55:14   Desc Main
Document      Page 11 of 14

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3
Exhibit 9

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $277.41 | $183,489.98 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $296.09 | $183,193.89 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $267.01 | $182,926.88 |
| 03/08/2013 | 5013 | International Sureties, Ltd | Bond Payment | 2300-000 | | $31.23 | $182,895.65 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $295.16 | $182,600.49 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $285.15 | $182,315.34 |
| 05/10/2013 | 5014 | Green Tree Servicing LLC as authorized servicer for | Pursuant to Court order entered under Adv. Case No. 13-00313. | 4110-000 | | $172,922.38 | $9,392.96 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $214.16 | $9,178.80 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.37 | $9,165.43 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.79 | $9,150.64 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.71 | $9,134.93 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.31 | $9,121.62 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.71 | $9,106.91 |
| 12/04/2013 | 5015 | Illinois Department of Revenue | Estate's balance due RE: 2012 Tax Return | 2820-000 | | $395.00 | $8,711.91 |
| 02/28/2014 | 5016 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,466.96 | $5,244.95 |
| 02/28/2014 | 5017 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $56.02 | $5,188.93 |
| 02/28/2014 | 5018 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 293.00; Amount Allowed: 293.00; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $4,895.93 |
| 02/28/2014 | 5019 | Lakelaw | Claim #: ; Amount Claimed: 18,470.00; Amount Allowed: 18,470.00; Distribution Dividend: 25.11; | 3110-000 | | $4,637.85 | $258.08 |
| 02/28/2014 | 5020 | Lakelaw | Claim #: ; Amount Claimed: 67.78; Amount Allowed: 67.78; Distribution Dividend: 25.11; | 3120-000 | | $17.02 | $241.06 |
| 02/28/2014 | 5021 | Lois West | Claim #: ; Amount Claimed: 960.00; Amount Allowed: 960.00; Distribution Dividend: 25.11; | 3410-000 | | $241.06 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $183,767.39 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5169 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | DDA |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $192,122.43 | $192,122.43 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $2,400.05 | $0.00 | |
|  |  |  | **Subtotal** |  | $189,722.38 | $192,122.43 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $189,722.38 | $192,122.43 | |

| **For the period of 3/22/2011 to 1/30/2015** | | **For the entire history of the account between 06/29/2011 to 1/30/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $208,739.40 | Total Compensable Receipts: | $208,739.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $208,739.40 | Total Comp/Non Comp Receipts: | $208,739.40 |
| Total Internal/Transfer Receipts: | $2,400.05 | Total Internal/Transfer Receipts: | $2,400.05 |
| | | | |
| Total Compensable Disbursements: | $211,139.45 | Total Compensable Disbursements: | $211,139.45 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $211,139.45 | Total Comp/Non Comp Disbursements: | $211,139.45 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5169 | Money Market Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $1,200.00 |
| 06/15/2011 | (2) | Julie A. Mitchell | Rent payment | 1122-000 | $1,200.00 | | $2,400.00 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.05 | | $2,400.05 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,400.05 | $0.00 |
| | | | **TOTALS:** | | $2,400.05 | $2,400.05 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,400.05 | |
| | | | **Subtotal** | | $2,400.05 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,400.05 | $0.00 | |

**For the period of 3/22/2011 to 1/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,400.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,400.05 |

**For the entire history of the account between 06/02/2011 to 1/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,400.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,400.05 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-11901-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SMITH, JOSEPH AND SMITH, MARY ELLEN | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5169 | Money Market Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | **-***5170 | Account Title: | |
| For Period Beginning: | 3/22/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $192,122.43 | $192,122.43 | $0.00 |

**For the period of 3/22/2011 to 1/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $211,139.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $211,139.45 |
| Total Internal/Transfer Receipts: | $2,400.05 |
| | |
| Total Compensable Disbursements: | $211,139.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $211,139.45 |
| Total Internal/Transfer Disbursements: | $2,400.05 |

**For the entire history of the case between 03/22/2011 to 1/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $211,139.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $211,139.45 |
| Total Internal/Transfer Receipts: | $2,400.05 |
| | |
| Total Compensable Disbursements: | $211,139.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $211,139.45 |
| Total Internal/Transfer Disbursements: | $2,400.05 |